THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:20-CV-00004-M

| | |
|---|---|
| D. M. O., a minor, through his Guardian Ad. Litem, TOSHA M. OVERTON, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MICELLI, and WALGREEN CO. d/b/a WALGREENS, <br><br> Defendants. | **ORDER** |

This matter comes before the Court on Defendants' Motion for Leave to File Documents Under Seal [DE-8] pursuant to Local Rule 79.2 and Section G of the Electronic Case Filing Administrative Policies and Procedures Manual. Defendants request that this Court enter an order continuing to seal Defendants' original Notice of Removal and supporting exhibits [DE-1], which inadvertently contained the full name of D.M.O., a minor and plaintiff in the present action. *See* Fed. R. Civ. P. 5.2(a)(3). The Defendants have filed a redacted version of the Notice of Removal and supporting exhibits [DE-5].

It is therefore ordered that Defendants' Motion for Leave to File Documents Under Seal is hereby GRANTED and Defendants' original Notice of Removal and supporting exhibits [DE-1] are hereby sealed.

So ordered this the 2d day of March, 2020.

RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE