THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-4-M

D.M.O. a minor, through his Guardian Ad
Litem, TOSHA M. OVERTON,

    Plaintiff,

v.

MICHAEL MICELLI and WALGREEN
CO., d/b/a WALGREENS,

    Defendants.

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Leave to File Under Seal [DE-26 (the "Motion")] pursuant to Local Rule 79.2 and Section V.G of the CM/ECF Manual, seeking to seal Plaintiff's Order Granting Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) [DE-24 (the "Order Granting Relief of Stay")]. Plaintiff requests that this Court enter an order sealing the Order Granting Relief of Stay, which inadvertently contained the full name of D.M.O., a minor and plaintiff in the present action. Pursuant to Rule 5.2(a)(3) of the Federal Rules of Civil Procedure the name of an individual known to be a minor should not be used in a court filing, only the minor's initials. Fed. R. Civ. P. 5.2(a)(3).

It is therefore ordered that the Motion [DE-26] is hereby GRANTED and the Order Granting Relief of Stay [DE-24] is hereby sealed. Plaintiff is DIRECTED to file a redacted version of the Order Granting Relief of Stay.

So ordered this the 26th day of March, 2020.

_____
RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE