IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO: 4:20-CV-4-M

| | |
|---|---|
| D. M. O., a minor, through his Guardian Ad. Litem, TOS OVERTON, | )<br>)<br>)<br>) |
| Plaintiff, | ) MOTION FOR LEAVE TO FILE<br>) UNDER SEAL |
| v. | )<br>) |
| MICHAEL MICELLI, and<br>WALGREEN CO. d/b/a WALGREENS, | )<br>)<br>) |
| Defendants. | ) |

NOW COMES the Defendants, by and through counsel, and file this Motion to File Documents Under Seal pursuant to Local Civil Rule 79.2, and Section T of the Electronic Case Filing Administrative Policies and Procedures Manual (hereafter referred to as the "CM/ECF Manual"), seeking an order from the Court permitting Defendants to file their Motion for Qualified Protective Order under seal, based upon the following:

In the process of routine discovery in the present action, it became necessary for Defendants to request that the Court enter a qualified protective order, as defined by the Health Insurance Portability and Accountability Act (hereafter referred to as "HIPAA"), 45 C.F.R. § 164.512(e)(1)(v), for the purpose of determining the conditions under which minor Plaintiff's protected health information may be disclosed in the course of

the instant litigation.  Defendants filed their Motion for Qualified Protective Order on April 13, 2020. [Dkt. 30].

As part of their Motion for Qualified Protective Order, Defendants filed two exhibits, entitled Exhibit A and Exhibit B. Both Exhibits are letters from Atrium Health to Defendants' Counsel in response to subpoenas for the production of records relevant to the present litigation. After filing the Motion for Qualified Protective Order and associated Exhibits, Defendants' Counsel noticed that Exhibit A contained an instance of minor Plaintiff's unredacted name. Defendants' Counsel then informed Office of the Clerk of the matter.  Plaintiff's Counsel was notified and stated that he did not object to the redaction.

Defendants now seek permission to file the unredacted copy of Exhibit A to Defendants' Motion for Qualified Protective Order.  Minor Plaintiff D.M.O. (hereafter referred to as "D.M.O.") is a minor and "safeguarding the physical and psychological well-being of a minor qualified as a compelling interest" that is capable of outweighing the public's First Amendment right of access to publicly-filed documents. *Lindiment v. Jones,* 2017 U.S. Dist. LEXIS 149693, *27 (citing *Globe Newspaper Co. v. Superior Court for the Cty. of Norfolk*, 457 U.S. 596, 607-08 (1982)); *Interstate Fire & Cas. Co. v. Dimensions Assurance Ltd.,* Civ. Action No. 13-3908, 2014 U.S.

Dist. LEXIS 159771, 2014 WL 6388334, at *2 (D. Md. Nov. 13, 2014)).

Federal Rule of Civil Procedure Rule 5.2(a)(3), pertaining to redacted filings, requires that the name of an individual known to be a minor should not be used in a court filing, only the minor's initials. *See* Fed. R. Civ. P. 5.2(a)(3).

Consequently, Defendants respectfully request this Court grant their Motion for Leave to File Documents Under Seal and enter an order allowing the filing and maintaining of its original Motion for Qualified Protective Order, including unredacted copies of the Exhibits under seal, and for such other and further relief the Court deems just and proper. A proposed Order has been filed contemporaneously with the instant Motion for Leave to File Documents Under Seal.

This the 15th day of April, 2020.

/s/ Robert E. Levin
Robert E. Levin
N.C. State Bar No. 13585
Attorney for Defendants

/s/ Frank W. Bullock, III
Frank W. Bullock, III
N.C. State Bar No. 51579
Attorney for Defendants

HAYWOOD, DENNY, & MILLER, L.L.P.
Attorneys at Law

P.O. Box 51429
Durham, NC 27717
Telephone: 919-403-0000
Facsimile: 919-403-0001

**CERTIFICATE OF SERVICE**

I, Frank W. Bullock, III, do hereby certify that a copy of the foregoing MOTION FOR QUALIFIED PROTECTIVE ORDER was duly filed on April 15, 2020 using the CM/ECF system which will send notification of such filing to the following:

> Harry H. Albritton, Jr.
> Dawson & Albritton, P.A.
> P.O. Box 6003
> Greenville, NC 27835

> /s/ Frank W. Bullock, III
> Frank W. Bullock, III
> N.C. State Bar No. 51579
> Attorney for Defendants

HAYWOOD, DENNY, & MILLER, L.L.P.
Attorneys at Law
P.O. Box 51429
Durham, NC 27717
Telephone: 919-403-0000
Facsimile: 919-403-0001