IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO: 4:20-CV-4-M

| | |
|---|---|
| D. M. O., a minor, through his Guardian Ad. Litem, TOS OVERTON, | )<br>)<br>) |
| Plaintiff, | ) MOTION FOR LEAVE TO FILE<br>) UNDER SEAL |
| v. | ) |
| MICHAEL MICELLI, and WALGREEN CO. d/b/a WALGREENS, | )<br>) |
| Defendants. | ) |

### ORDER

This matter coming before the Court on Defendants' Motion for Leave to File Documents Under Seal (hereafter referred to as the "Motion") pursuant to Rule 79.2 and Section T of the CM/ECF Manual. The Court has reviewed the Motion and finds that Exhibit A of Defendants' Motion for Qualified Protective Order [Dkt. 30] contains an unredacted instance of minor Plaintiff's name.

The Court finds that Rule 5.2(a)(3) of the Federal Rules of Civil Procedure, pertaining to redacted filings, requires that the name of an individual known to be a minor should not be used in a court filing, only the minor's initials. Therefore, Defendants' Motion for Leave to File Documents Under Seal is

hereby GRANTED and Defendants' Motion for Qualified Protective Order is hereby sealed.

    So ordered on this, the \_\_\_\_\_ day of April, 2020.

_____
The Honorable Richard E. Myers II
United States District Judge