IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:20-CV-4-M

| | |
|---|---|
| D. M. O., a minor, through his Guardian Ad Litem, TOS OVERTON, )<br>)<br>) | |
| ) | **ORDER** |
| Plaintiff, )<br>) | |
| v. )<br>) | |
| MICHAEL MICELLI, and )<br>WALGREEN CO. d/b/a WALGREENS, )<br>) | |
| Defendants. ) | |

This matter is before the Court on Defendants' Motion for Leave to File Under Seal [DE-31 (the "Motion")] pursuant to Local Rule 79.2 and Section V.G of the CM/ECF Manual. Defendants request that this Court enter an order permanently sealing Exhibit A of their Motion for Qualified Protective Order [DE-30-1], which inadvertently contained the full name of D.M.O., a minor and plaintiff in the present action. Prior to this Motion, the Defendants informed the Clerk of the matter, and the Clerk temporarily sealed such document. Pursuant to Rule 5.2(a)(3) of the Federal Rules of Civil Procedure, the name of an individual known to be a minor should not be used in a court filing, only the minor's initials. Fed. R. Civ. P. 5.2(a)(3).

It is therefore ordered that the Motion [DE-31] is hereby GRANTED. The Clerk shall permanently SEAL Exhibit A to Defendants' Motion for Qualified Protective Order [DE-30-1]. Defendants are DIRECTED to file a redacted version of Exhibit A.

So ordered this the 20th day of April, 2020.

_Richard E Myers II_
RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE