IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:20-CV-00004-M

**D.O., a minor, through his Guardian Ad Litem, Tos M. Overton**,

    Plaintiff,

v.

**Michael Micelli & Walgreen Co. d/b/a Walgreens**,

    Defendants.

**Order**

    Defendants ask the court to issue an order allowing the Pitt County Department of Social Services to disclose documents they have subpoenaed. D.E. 44. Plaintiff D.O. does not object to the Defendants' request. Pitt County Department of Social Services received notice of the motion but did not respond.

    Having reviewed Defendants' filings, the court determines that the subpoenaed records are relevant and necessary to the trial of this matter. The records are not available to Defendants from any other source.

    The court thus grants Defendants' motion to compel. D.E. 44. Pitt County DSS is ordered to produce copies of the Plaintiff's adoption records to Defendants. The production must occur within 30 days from the date Defendants serve Pitt County DSS with a copy of this order.

Dated: January 4, 2021

                                                  _Robert T. Numbers II_
                                                  Robert T. Numbers, II
                                                  United States Magistrate Judge